FRANK N. DARRAS #128904, Frank@DarrasLaw.com
SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER #273236, PBather@DarrasLaw.com

**DarrasLaw**

3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121

Attorneys for Plaintiff
MARGARET MACEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MACEDA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No: 19-cv-01398-HSG<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST FOR COUNSEL TO APPEAR BY TELEPHONE AT SEPTEMBER 11, 2019 CASE MANAGEMENT CONFERENCE**<br><br>[Stipulation filed concurrently]<br><br>Date:        June 11, 2019<br>Time:        2:00 p.m.<br>Place:        Courtroom 2<br><br>Date Action Filed:  February 6, 2019 |

## <u>ORDER</u>

Having received the request of Plaintiff Margaret Maceda ("Plaintiff") to permit Plaintiff's counsel to attend the June 11, 2019 Case Management Conference by telephone, and for good cause shown, the Court hereby GRANTS

the party's request and orders that Plaintiff, through her counsel of record, shall appear by telephone at the June 11, 2019 Case Management Conference, at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**.

Dated: June 6, 2019

_____
HONORABLE HAYWARD S. GILLIAM, JR.
United States District Court Judge