ALEXIS N. BURGESS (Cal. Bar No. 279328)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
alexis.burgess@dbr.com

KATHERINE L. VILLANUEVA
(*pro hac vice* application to be filed)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6966
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
Katherine.Villanueva@dbr.com

Attorneys for Defendant
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARET MACEDA,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:19-cv-1398-HSG<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date: June 11, 2019<br>Time: 2:00 p.m.<br>Room: 2 |

Case No. 4:19-cv-1398 — ORDER GRANTING DEFENDANT'S REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

119436872.1

| | |
|---|---|
| 1 | The Court, having read and considered Defendant Massachusetts Mutual Life Insurance |
| 2 | Company's ("Defendant") June 5, 2019 Request to Participate in the Initial Case Management |
| 3 | Conference by Telephone (the "Request), and good cause appearing therefor, hereby **ORDERS** |
| 4 | that the Request is **GRANTED**, as follows: |
| 5 | Defendant's counsel, Alexis N. Burgess, may appear and participate telephonically at the |
| 6 | Initial Case Management Conference scheduled at 2:00 p.m. on June 11, 2019.  Counsel shall |
| 7 | contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance. |
| 8 | **IT IS SO ORDERED.** |

 6/6/2019
DATE

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE