UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MACEDA,<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No: 19-cv-01398-HSG<br><br>**ORDER RE JOINT STATUS REPORT ON MEDIATION AND JOINT STIPULATION OF THE PARTIES TO CONTINUE THE TRIAL DATE AND CASE MANAGEMENT DATES**<br><br>Date Action Filed: February 6, 2019<br>Trial Date:         June 15, 2020 |

**ORDER**

IT IS SO ORDERED. Pursuant to the joint stipulation of the parties that the deadlines set by the court in ECF document # 21 be continued for ninety days and new case management dates be set as follows:

**Case Management Dates**

| | |
|---|---|
| Non-Expert Discovery Cut-off | February 12, 2020 |
| Expert Witness Disclosure | February 17, 2020 |

- 1 -

Case: 19-cv-01398-HSG
ORDER RE JOINT STATUS REPORT ON MEDIATION
AND JOINT STIPULATION CONTINUING TRIAL
AND CASE MANAGEMENT DATES

| | | |
|---|---|---|
| 1 | Rebuttal Expert Witness Disclosure | March 17, 2020 |
| 2 | Expert Discovery Cut-off | April 15, 2020 |
| 3 | Motion Filing Deadline | May 4, 2020 |
| 4 | Motion Hearing Deadline | June 10, 2020 |
| 5 | Motion in Limine Filing Deadline | August 3, 2020 |
| 6 | Pretrial Disclosures | August 24, 2020 |
| 7 | Final Pretrial Conference | August 31, 2020 |
| 8 | Jury Trial (5 Days) | September 13, 2020 |

IT IS SO ORDERED.

DATED: 10/17/2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

(Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA)

- 2 -

Case: 19-cv-01398-HSG
ORDER RE JOINT STATUS REPORT ON MEDIATION
AND JOINT STIPULATION CONTINUING TRIAL
AND CASE MANAGEMENT DATES