UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARET MACEDA,

    Plaintiff(s),

v.

MASSACHUSETTS MUTUAL LIFE INS. CO., et al.

    Defendant(s).

Case No: 4:19-cv-1398-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Katherine L. Villanueva, an active member in good standing of the bar of Supreme Ct of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Massachusetts Mutual Life Ins. Company in the above-entitled action. My local co-counsel in this case is Shamar Toms-Anthony, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD: Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6966 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: Drinker Biddle & Reath LLP<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(215) 988-2700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 203-4000 |
| MY EMAIL ADDRESS OF RECORD:<br>katherine.villanueva@dbr.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>shamar.tomsanthony@dbr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 203848.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: October 16, 2019

                /s/ Katherine L. Villanueva
                APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Katherine L. Villanueva is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/22/2019

                *Haywood S. Gill Jr.*
                UNITED STATES DISTRICT JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Katherine Leigh Villanueva, Esq.

**DATE OF ADMISSION**

*October 19, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 12, 2019

Patricia A. Johnson
Chief Clerk